```
ELMO DILL,                      )
                                )
              Petitioner,       )
                                )
       v.                       )
                                )   No. C 04-2031-DLJ
UNITED STATES,                  )   No. CR 00-40059-DLJ
                                )   ORDER
              Respondent.       )
_____)
```

On June 26, 2007, the Court issued an order denying Petitioner's 28 U.S.C. § 2255 petition.  On August 13, 2007, Petitioner filed a motion pursuant to 28 U.S.C. § 2253 and Rule 22 of the Federal Rules of Appellate Procedure requesting that the Court issue a certificate of appealability, which would permit Petitioner to appeal the Court's order to the United States Court of Appeals.

Without any expression as to the merit of the arguments raised, the Court finds that the questions are adequate to be heard on appeal.  The issue to be addressed on appeal is whether Petitioner's trial counsel provided ineffective assistance of counsel.

In order to facilitate Petitioner's appeal, the certificate of appealability is GRANTED.

IT IS SO ORDERED

Dated:   August 17, 2007

_____
D. Lowell Jensen
United States District Judge